## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Bryon Marshall, II**     *

   **Plaintiff,**

                  *

**v.**                  **Case No.** _____

**Joshua M. Hall, et al.**     *

   **Defendant.**     *

### DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

[X] I certify, as party/counsel in this case that **Bryon Marshall, II**
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ] The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
|---|---|
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| **07/11/2019** | **/s/Sean R. Day/s/** |
| Date | Signature |
| | **Sean R. Day (Bar No. 12831)** |
| | Printed name and bar number |
| | **7474 Greenway Center Dr Ste 150** |
| | **Greenbelt MD 20770-3524** |
| | Address |
| | **Sean@DayInCourt.Net** |
| | Email address |
| | **301.220.2270** |
| | Telephone number |
| | |
| | Fax number |