**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Bryon Marshall, II**     *

    **Plaintiff,**

                *

    **v.**                            **Case No.** _____

                *

**Joshua M. Hall, et al.**

    **Defendant.**     *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

[X] I certify, as party/counsel in this case that **Bryon Marshall, II**
                                                                             (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ] The following corporate affiliations exist with _____:
                                                                                                       (name of party)

_____.
                                      (names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                     (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span>(name of LLC party)</span>

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| **07/11/2019** | **/s/Sean R. Day/s/** |
| Date | Signature |
| | **Sean R. Day (Bar No. 12831)** |
| | Printed name and bar number |
| | **7474 Greenway Center Dr Ste 150** |
| | **Greenbelt MD 20770-3524** |
| | Address |
| | **Sean@DayInCourt.Net** |
| | Email address |
| | **301.220.2270** |
| | Telephone number |
| | |
| | Fax number |