**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**
**NORTHERN DIVISON**

| | |
|---|---|
| BYRON MARSHALL II <br><br> **PLAINTIFF** <br><br> V. <br><br> JOSHUA M. HALL <br> MICHAEL S. VAUGHN <br><br> **DEFENDANTS** | Civil Case No.: **1:19-cv-02044-BPG** |

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF**

WILL THE CLERK OF THE COURT, enter the appearance of KIM PARKER AND THE LAW OFFICES OF KIM PARKER, P.A., as Co-Counsel for Plaintiff, Byron Marshall II, Please send all notices and pleadings to the address listed below.

                                                          Respectfully Submitted,

                                                          THE LAW OFFICES OF KIM PARKER, P.A.

                                                          /s/ Kim Parker
                                                          _____

                                                          Kim Parker, Esquire
                                                          Fed. Bar No.:23894
                                                          2123 Maryland Avenue
                                                          Baltimore, Maryland 21218
                                                          410-234-2621
                                                          F: 410-234-2612
                                                          kp@kimparkerlaw.com

                                                          CO-COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Entry of Appearance was served this 27th day of August, 2019, first class mail postage prepaid on:

Joshua M. Hall
400 Farm Creek Road
Westminster, Maryland 21157
Defendant

Michael Vaughn
1126 Acre Drive
Carlisle, Pennsylvania 17013
Defendant

*By ECF*
Sean Day, Esq
Counsel for Plaintiff

/s/ Kim Parker
_____
Kim Parker, Esq.