## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**BRYON MARSHALL, II**

        Plaintiff

Case No: **19-cv-02044-RDB**

**v.**

**JOSHUA M. HALL**, *et al.*

        Defendants

## REPORT REGARDING SCHEDULING ORDER

Pursuant to the Court's Scheduling Order, the parties report that (1) there is <u>not</u> unanimous consent to proceed before a United States Magistrate Judge, and (2) the parties agree to the limit per side of 30 hours of depositions of fact witnesses (including parties).

Respectfully submitted,

<u>/s/Sean R. Day/s/</u>
Sean R. Day (Bar No. 12831)
7500 Greenway Center Dr Ste 110
Greenbelt MD 20770-3511
301.220.2270 phone
301.220.2441 fax
Sean@DayInCourt.Net
Attorney for Plaintiff

_____/s/_____
Neil E. Duke (Federal Bar No.: 14073)
Baker Donelson
A Professional Corporation
100 Light Street
Baltimore, MD 21202-1643
(410) 862-1198
(443) 263-7598 – Fax
nduke@bakerdonelson.com
Attorneys for Defendants